UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ULYANA SHMIDT, *individually and on behalf of all others similarly situated,*

        Plaintiff,

  v.

S.C. JOHNSON & SON, INC.,
*a New Jersey Corporation*

        Defendant.

---

Case No.: 1:15-cv- 06898-ERK

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff, ULYANA SHMIDT, are hereby dismissed with prejudice in their entirety as against the Defendant, S.C. JOHNSON & SON, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: February 4, 2016
      New York, New York

                                      Lee Litigation Group, PLLC
                                      30 East 39th Street, Second Floor
                                      New York, NY 10016
                                      Phone: (212) 465-1188

                                      _____
                                      C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
      U.S.D.J